SAM LEE AND GEORGE P. ENDICOTT V. HERBERT E. ELLIS.

(Filed September 6, 1905.)

**PUBLIC LANDS—Homestead Entry—Entrant not Disqualified, When.**
One who was within the Chilocco reservation before the hour of
12 o'clock noon, central standard time, of September 16 1893, and
made the race from such reservation into that part of the Chero-
kee Outlet which was opened to settlement on that day, is not,
by reason thereof, disqualified from settling upon and filing a
homestead entry upon a portion of said land.

(Syllabus by the Court.)

*Error from the District Court of Kay County; before*
*B. T. Hainer Trial Judge.*

*S. H. Harris,* for plaintiff in error.

*W. S. Cline* and *Claude Duval,* for defendant in error.

Opinion of the court by

BEAUCHAMP, J.: This case involves the question as to
whether one who made the race into the Cherokee outlet on
September 16,1893, from the Chilocco Indian School Reser-
vation, is a "sooner", and therefore disqualified to make home-
stead entry on any of the lands thrown open for settlement
by the President's proclamation on opening the Cherokee out-
let to settlement. Herbert E. Ellis, the defendant in error,
made the run into the Cherokee outlet the day of the opening,
and made homestead entry on the land in controversy, which
is the southwest quarter of section 15, township 28, north of

range 2 east of the Indian Meridian, in Kay county. The identical questions involved in this case have been decided by this court in the case of *McCalla v. Acker,* filed September 3, 1904, reported in 78 Pac. 223. Upon the authority of that case, and the authorities there cited, the judgment of the district court of Kay county is affirmed, with costs to plaintiff in error.

Hainer, J., who presided in the court below, not sitting; all the other Justices concurring.